IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

RODNEY SCOTT                                                           PLAINTIFF

v.                                            CIVIL ACTION NO.   3:10-cv-00444-HTW-LRA

KOCH FOODS OF MISSISSIPPI, LLC                                         DEFENDANT

---

## NOTICE OF SERVICE OF DISCOVERY

---

Notice is hereby given that Defendant Koch Foods of Mississippi, LLC has this date served in the above-entitled action the following:

1.       Defendant's First Set of Interrogatories to Plaintiff Rodney Scott.

The undersigned retains the original of the above pleading as custodian thereof pursuant to the local rules.

RESPECTFULLY SUBMITTED, this the 11th day of April, 2011.

**KOCH FOODS OF MISSISSIPPI, LLC**

By:  _s/ Stephen J. Carmody_
One of Its Attorneys

OF COUNSEL:

Stephen J. Carmody, Esq., MSB #8345
Karen E. Howell, Esq., MSB #102243
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi  39205-0119
Telephone:  (601) 948-3101
Facsimile:   (601) 960-6902

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the

Court using the ECF system which sent notification of such filing to the following:

> Louis H. Watson, Jr., Esquire
> Nick Norris, Esquire
> Louis H. Watson, Jr., P.A.
> 628 North State Street
> Jackson, MS 39202

This the 11th day of April, 2011.

> _s/ Stephen J. Carmody_
> Stephen J. Carmody